Moczydloski *v.* Moczydloski, Appellant.

Argued November 11, 1965. Before BELL, C. J., MUSMANNO, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*J. Earl Langan,* for appellants.

*Thomas F. Burke,* for appellee.

OPINION PER CURIAM, March 22, 1966:
Decree affirmed. Costs upon appellant.
Mr. Justice JONES took no part in the consideration or decision of this case.